# United States District Court
# For The Western District of North Carolina
# Statesville Division

ROBERT WAYNE SMITH,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:08CV31-1-MU

MATTHEW W. PENNELL, ET AL.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2008, Order.

                                              Signed: April 28, 2008

                                              Frank G. Johns, Clerk
                                              United States District Court